**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6356**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

DOUGLAS HAYTH BREWBAKER,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  W. Earl Britt, Senior
District Judge.  (CR-00-77-7)

———————————

Submitted:  May 28, 2002            Decided:  June 6, 2002

———————————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Douglas Hayth Brewbaker, Appellant Pro Se.  Robert Edward Skiver,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas Hayth Brewbaker appeals the district court's order denying his request to stop the Bureau of Prisons from collecting his court-ordered restitution, which was agreed to in his plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See United States v. Brown</u>, 232 F.3d 399, 403-06 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2